UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| GLENN THIBODEAUX | CIVIL ACTION NO.: 17-cv-00381 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| LANDRY FORE, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by defendants, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Motion To Dismiss Pursuant To Rule 12(b)(6) [Rec. Doc. 10], and the Motion To Dismiss the First Supplemental and Amending Complaint filed by Defendants Landry Fore, Design Precast and Pipe, Inc., Gulf Coast Land Holdings, LLC and Design Precast & Pipe LA, LLC, [Rec. Doc. 19] are DENIED.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this _____ day of _____, 2017.

Elizabeth E. Foote
United States District Judge